In the Matter of LORIE SPORTELLO, Appellant, v MICHAEL A. SPORTELLO, Respondent. (Appeal No. 3.) [893 NYS2d 784]— Appeal from an order of the Family Court, Herkimer County (Anthony J. Garramone, J.H.O.), entered July 30, 2008 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Sportello v Sportello* (70 AD3d 1446 [2010]). Present—Scudder, P.J., Fahey, Carni and Gorski, JJ.